# In the United States District Court
# For the Northern District of Alabama

FILED
2009 Feb-27 PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

**KARLA VALENTINE,**

    Plaintiff(s)

vs.

**RUSSELL & COMPANY, LLC, and
LARRY RUSSELL,**

    Defendant(s).

**SUMMONS**
(Issued pursuant to Rule 4
of the Federal Rules of
Civil Procedure or other
appropriate laws.)

**CIVIL ACTION NO.:**

CV-09-J-0367-S

TO DEFENDANT **Russell & Company, LLC; c/o Larry Russell, Registered Agent; 1713 Third Avenue North; Bessemer, AL 35020**
(Name and Address)

You are hereby summoned and required to serve upon plaintiff's attorney(s):
**Heather N. Leonard, Heather Leonard, P.C.**
(Name and Address)
**The Gross Building; 2108 Rocky Ridge Road, Suite 1; Birmingham, AL 35216**

a response to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/27/09

CLERK SHARON N. HARRIS, CLERK
By:
*A. Langley*
Deputy Clerk

SEE REVERSE SIDE FOR RETURN
(If First Class Mail is utilized in
service of complaint, use Form 18-A
in lieu of reverse side of this summons.)

NOTE: A separate summons must be prepared for each defendant.

(SEAL OF COURT)

CLERK, U.S. DISTRICT COURT
MIDDLE NORTHERN OF ALABAMA